IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MORENO FLORES and DANIEL CINTO, on behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>Plaintiffs,<br><br>v.<br><br>47ᵀᴴ ST. FOOD, INC. d/b/a BLAKE & TODD, 53ᴿᴰ ST. FOOD, LLC d/b/a BLAKE & TODD, 52 VAN FOOD CORP. d/b/a BLAKE & TODD and ALEX RACHOWIN,<br><br>Defendants. | No. 18-cv-4281 |

**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), Decl. of C.K. Lee ("Lee Decl.") Ex. A;

(2) certifying the proposed class for settlement purposes;

(3)   appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiffs' Counsel") as Class Counsel;

(4)   appointing Arden Claims Service as Claims Administrator;

(5)   approving the proposed Notice of Class Action Settlement, Ex. B to Settlement Agreement; and

(6)   granting such other, further, or different relief as the Court deems just and proper.

*   *   *

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit A, for the Court's convenience.

Dated: February 14, 2019
New York, New York

Respectfully submitted,

By:   /s/ C.K. Lee
Lee Litigation Group, PLLC
C.K. Lee (CL 4086)
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188

*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*