UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MORENO FLORES and DANIEL CINTO, on behalf of themselves, FLSA collective plaintiffs, and the class,<br>                              Plaintiffs,<br><br>–against–<br><br>47TH ST. FOOD, INC. d/b/a BLAKE & TODD, 53RD ST. FOOD, LLC d/b/a BLAKE & TODD, 52 VAN FOOD CORP. d/b/a BLAKE & TODD, and ALEX RACHOWIN<br>                              Defendants. | 18 CV 4281 (JPO) |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT

**Take notice** that, on August 13, 2019, at 10:00 a.m., the plaintiffs will move this Court before the Hon. J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, courtroom 706, 40 Foley Square, New York, New York, for an order certifying a settlement class, finally approving a class action settlement, and dismissing this action with prejudice, and for such further relief as the Court deems appropriate.

|  |  |
|---|---|
| Dated: New York, New York<br>July 30, 2019 | Lee Litigation Group, PLLC<br>By: /s/<br>C.K. Lee<br>cklee@leelitigation.com<br>148 West 24th Street, 8th Floor<br>New York, NY 10011-1952<br>Tel.: 212-465-1188<br>Fax: 212-465-1181<br>**Attorneys for Plaintiffs, FLSA collective plaintiffs, and class** |